IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Desmond Frazier; Harold Brown, Jr.; William Ellis; and Daniel Ridenhour; individually and on behalf of others similarly situated, | ) ) ) ) ) | C/A No.: 3:09-2834-JFA |
| Plaintiffs, | ) ) | ORDER GRANTING STAY |
| vs. | ) ) | |
| Waste Management, Inc.; and Waste Management of South Carolina, Inc., | ) ) ) | |
| Defendants. | ) ) | |

This matter comes before the court on the parties' joint motion [dkt. # 21] to stay proceedings so that settlement may be more fully explored. The court finds that good cause exists for staying the proceeding and suspending all deadlines in the scheduling order [dkt. # 17]. This matter is hereby stayed until February 11, 2010. At that time, the parties are directed to file either a motion on the docket to lift the stay, or a docket entry notifying the court of the successful settlement of the case.

IT IS SO ORDERED.

December 30, 2009
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge