IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Desmond Frazier; Harold Brown, Jr.; William Ellis; and Daniel Ridenhour; individually and on behalf of others similarly situated, <br><br>          Plaintiffs, <br><br>vs. <br><br>Waste Management, Inc.; and Waste Management of South Carolina, Inc., <br><br>          Defendants. | C/A No.: 3:09-2834-JFA <br><br><br><br>ORDER GRANTING STAY |

This matter comes before the court on the parties' joint motion [dkt. # 26] to stay proceedings so that settlement may be finalized. The parties represent that settlement is close at hand and that sixty additional days should suffice to finalize a resolution to this action. The court finds that good cause exists for staying the proceeding and continuing to suspend all deadlines in the scheduling order [dkt. # 17]. This matter is hereby stayed until April 12, 2010. At that time, the parties are directed to file either a motion on the docket to lift the stay, or a docket entry notifying the court of the successful settlement of the case.

    IT IS SO ORDERED.

February 12, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge